# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:22-cv-01073-MLB**
**Wade et al v. Wood**
**Honorable Michael L. Brown**

Minute Sheet for proceedings held In Chambers on 03/31/2022.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:20 P.M.      COURT REPORTER: Jana Colter
TIME IN COURT: 00:20      DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrew Beal representing G. Taylor Wilson<br>Andrew Beal representing Jonathan D. Grunberg<br>Andrew Beal representing Nicole Jennings Wade |
| OTHER(S) PRESENT: | Ibrahim Reyes for Defendant (for teleconference only) |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding potential conflict. The Court STAYS the deadline to file any responsive pleadings until the conflict issue is resolved. |
| HEARING STATUS: | Hearing Concluded |