# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, ) <br> JONATHAN D. GRUNBERG, and ) <br> G. TAYLOR WILSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> L. LIN WOOD, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION <br><br> FILE NO. 1:22-cv-1073-MLB |

## CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Comes now Defendant L. LIN WOOD, with the consent of Plaintiffs' counsel, and hereby respectfully requests an extension of time through and including June 3, 2022 to file his responsive pleading or pleadings to Plaintiffs' Verified Complaint for Defamation.

The Court entered an Order on April 21, 2022, lifting the stay of this matter and directing the Defendant to file a response to the Plaintiffs' Complaint by Monday, May 23, 2022. Defendant requests a new filing deadline of June 3, 2022. Plaintiffs' counsel has consented to the extension.

Good cause exists for the Court to grant this Motion under Fed. R. Civ. P. 6(b), to wit: a) counsel for Defendant was retained after the Court conducted a hearing on

recusal issues, and b) a determination of insurance coverage between Defendant and Georgia Farm Bureau Mutual Insurance Company (hereinafter referred to as "Farm Bureau") is ongoing. In particular, a separate Complaint for Declaratory Judgment has recently been filed by Farm Bureau in state court.

Therefore, pursuant to Fed. R. Civ. P. 6(b), the parties hereby stipulate and request that Defendant, L. LIN WOOD, have through June 3, 2022 to file his responsive pleading or pleadings to Plaintiffs' Verified Complaint for Defamation.

This 20th day of May, 2022.

**Prepared and filed by:**

        **DOWNEY & CLEVEVLAND, LLP**

        By: **/s/ R. CHRISTOPHER HARRISON**
            R. Christopher Harrison, Esq.
            Georgia Bar No. 333199
            Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Ave
Marietta, GA 30060

**Consented to:**

        **BUCKLEY BEAL LLP**

        By: **/s/ _MILINDA BROWN**
            Andrew M. Beal, Esq.
            Georgia Bar No. 043842
            Milinda Brown, Esq.
            Georgia Bar No. 363307
            Attorneys for Plaintiffs

BUCKLEY BEAL LLP
600 Peachtree Street, NE, Suite 3900
Atlanta, GA 30308

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, <br> JONATHAN D. GRUNBERG, and <br> G. TAYLOR WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> L. LIN WOOD, <br><br> Defendant. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) <br> ) FILE NO. 1:22-cv-1073-MLB <br> ) <br> ) |

## **ORDER**

UPON CONSIDERATION of the parties' Consent Motion To Enlarge Time To Answer Or Otherwise Respond To Complaint, it is hereby:

**ORDERED** that the Motion is GRANTED, and it further ORDERED that Defendant L. Lin Wood shall file his Answer or otherwise respond to the Complaint on or before June 3, 2022.

So Ordered this _____day of _____, 2022

_____
Judge Michael L. Brown
United States District Judge