UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE JENNINGS WADE,** : | |
| **JONATHAN D. GRUNBERG, and** : | |
| **G. TAYLOR WILSON,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| vs. : | **CASE NO: 1:22-cv-01073-AT** |
| : | |
| **L. LIN WOOD,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO STAY

**COMES NOW**, GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY ("GFB"), Interested Party in the above-captioned case, and hereby files this Motion for Stay of Proceedings, respectfully showing this Court as follows:

1.

GFB is the Plaintiff in a declaratory judgment action filed against Plaintiffs Nicole Jennings Wade, Jonathan D. Grunberg, G. Taylor Wilson, and Defendant L. Lin Wood designated as Civil Action File No. 2022CV365689 in the Superior Court of Fulton County, Georgia.

2.

The purpose of the declaratory judgment action is to determine GFB's rights and obligations under the policies of insurance issued to Defendant L. Lin Wood with respect to the allegations raised by Nicole Jennings Wade, Jonathan D. Grunberg, G. Taylor Wilson in the present action.

1

3.

In the present case, GFB is providing a defense to Defendant L. Lin Wood pursuant to a reservation of rights.

4.

GFB hereby respectfully requests this Court stay the proceedings in Civil Action No. Civ. Action 1:22-cv-01073-AT, *Nicole Jennings Wade, Jonathan D. Grunberg, and G. Taylor Wilson v. L. Lin Wood* until the time that the Fulton County Superior Court has an opportunity to rule on GFB's declaratory judgment action. Otherwise, GFB will be in a position of having to continue providing a defense to Defendant L. Lin Wood and incurring costs associated therewith until it is determined as a matter of law whether GFB has an obligation to do so.

**WHEREFORE**, for the within and foregoing reasons, GFB respectfully requests this Court stay the proceedings in Civil Action No. Civ. Action 1:22-cv-01073-AT until the Fulton County Superior Court rules on GFB's declaratory judgment action designated as Civil Action File No. 2022CV365689.

Respectfully submitted this 7th day of June, 2022.

*[Signature to follow on next page]*

                                      */s/ Duke R. Groover*
                                      DUKE R. GROOVER
                                      Georgia Bar No. 313225
                                      LEE M. GILLIS, JR.
                                      Georgia Bar No. 217515
                                      SPENCER D. WOODY
                                      Georgia Bar No. 256598
                                      *Attorneys for Georgia Farm Bureau*
                                      *Mutual Insurance Company*

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive
Post Office Box 4283
Macon, Georgia 31208-4283
Telephone:    (478) 742-4280
Facsimile:     (478) 742-8720
dgroover@jamesbatesllp.com
lgillis@jamesbatesllp.com
swoody@jamesbatesllp.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing *Motion for Stay* by depositing a copy of the same in the United States Mail, postage prepaid, and properly addressed to ensure delivery to:

Andrew M. Beal
Milinda Brown
Buckley Beal LLP
600 Peachtree Street, N.E.
Suite 3900
Atlanta, GA 30308
*Attorney for Plaintiffs*

Chris Harrison
Downey & Cleveland, LLP
288 Washington Avenue, 30060
Marietta, GA
*Attorney for Defendant*

Respectfully submitted this 7th day of June, 2022.

                                                            */s/ Duke R. Groover*
                                                            DUKE R. GROOVER
                                                           Georgia Bar No. 313225
                                                           LEE M. GILLIS, JR.
                                                           Georgia Bar No. 217515
                                                           SPENCER D. WOODY
                                                           Georgia Bar No. 256598
                                                           *Attorneys for Georgia Farm Bureau*
                                                           *Mutual Insurance Company*

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive
Post Office Box 4283
Macon, Georgia 31208-4283
Telephone:    (478) 742-4280
Facsimile:     (478) 742-8720
dgroover@jamesbatesllp.com
lgillis@jamesbatesllp.com
swoody@jamesbatesllp.com

4