# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-01073-MLB
## Wade et al v. Wood
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 08/17/2022.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 11:40 A.M.          COURT REPORTER: Jana Colter
TIME IN COURT: 00:35                       DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrew Beal representing G. Taylor Wilson<br>Andrew Beal representing Jonathan D. Grunberg<br>Andrew Beal representing Nicole Jennings Wade<br>R. Harrison representing L. Lin Wood |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | Hearing held on the parties' [26] Joint Preliminary Report and Discovery Plan. The Court assigned the case to a four-month discovery track. Discovery shall be completed on or before December 16, 2022. The Court's other rulings are as stated in the record. |
| HEARING STATUS: | Hearing Concluded |