# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, ) <br> JONATHAN D. GRUNBERG, and ) <br> G. TAYLOR WILSON ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> L. LIN WOOD, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION <br><br> FILE NO. 1:22-CV-01073 |

## NOTICE TO TAKE DEPOSITION

To: Andrew M. Beal, Esq.
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308

Please take notice that at 10:00 a.m. EST on Tuesday, November 1, 2022, at the State Bar of Georgia, 104 Marietta Street NW, Atlanta, GA 30303, counsel for the Defendant, will take the deposition of Plaintiff, NICOLE JENNINGS WADE, for all purposes under the Georgia Civil Practice Act, including discovery and cross-examination before a certified court reporter. The deposition noticed hereunder will be taken pursuant to O.C.G.A. § 9-11-26 and O.C.G.A. § 9-11-30. All parties are invited to attend and examine the witness.

This 29th day of August, 2022.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ R. CHRISTOPHER HARRISON
    R. CHRISTOPHER HARRISON
    Georgia State Bar No. 333199
    harrison@downeycleveland.com
    Attorney for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

**L. LIN WOOD, P.C.**

By: /s/ L. LIN WOOD
    L. Lin Wood
    Georgia State Bar No. 774588
    lwood@linwoodlaw.com

L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355
T: 404-891-1402
F: 404-506-9111

**REYES LAWYERS, P.A.**

By: /s/ IBRAHIM REYES
    Ibrahim Reyes
    Florida State Bar No. 581798
    ireyes@reyeslawyers.com

Reyes Lawyers, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
T: 305-445-0011
F: 305-445-1181

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14-point Times New Roman Font.

        Respectfully submitted,

        **DOWNEY & CLEVELAND, LLP**

        By: __/s/ R. Christopher Harrison
            R. CHRISTOPHER HARRISON
            Georgia State Bar No. 333199
            harrison@downeycleveland.com
            Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Andrew M. Beal, Esq.
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308

This 29th day of August, 2022.

                                        **DOWNEY & CLEVELAND, LLP**

                                        By: __/s/ R. Christopher Harrison
                                              R. CHRISTOPHER HARRISON
                                              Georgia State Bar No. 333199