UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, ) <br> JONATHAN D. GRUNBERG, and ) <br> G. TAYLOR WILSON ) <br> ) <br> Plaintiffs, ) <br> ) CIVIL ACTION <br> v. ) <br> ) <br> L. LIN WOOD, ) FILE NO. 1:22-CV-01073 <br> ) <br> Defendant. ) <br> _____ ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Local Rule 26.3(A) the undersigned hereby certifies that on the date shown, copies of the following pleadings were served:

1. **Defendant's Responses to Plaintiffs' First Continuing Interrogatories; and**
2. **Defendant's Responses to Plaintiffs' First Request for Production of Documents.**

by placing the same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Andrew M. Beal, Esq.
Milinda Brown, Esq.
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308

This 31st day of August, 2022.

                          **DOWNEY & CLEVELAND, LLP**

                          By:  /s/ R. Christopher Harrison
                               R. CHRISTOPHER HARRISON
                               Georgia State Bar No. 333199
                               harrison@downeycleveland.com
                               Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

                          **L. LIN WOOD, P.C.**

                          By: /s/ L. LIN WOOD
                               L. Lin Wood
                               Georgia State Bar No. 774588
                               lwood@linwoodlaw.com

L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355
T: 404-891-1402
F: 404-506-9111

                          **REYES LAWYERS, P.A.**

                          By:/s/ IBRAHIM REYES
                               Ibrahim Reyes
                               Florida State Bar No. 581798
                               ireyes@reyeslawyers.com

Reyes Lawyers, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
T: 305-445-0011
F: 305-445-1181

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14-point Times New Roman Font.

 

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: __/s/ R. Christopher Harrison__
      R. CHRISTOPHER HARRISON
      Georgia State Bar No. 333199
      harrison@downeycleveland.com
      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Andrew M. Beal, Esq.
Milinda Brown, Esq.
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308

This 31st day of August, 2022.

                                                  **DOWNEY & CLEVELAND, LLP**

                                        By: __/s/ R. Christopher Harrison__
                                                  R. CHRISTOPHER HARRISON
                                                  Georgia State Bar No. 333199