# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, ) <br> JONATHAN D. GRUNBERG, and ) <br> G. TAYLOR WILSON ) <br> ) <br> Plaintiffs, ) <br> ) CIVIL ACTION <br> v. ) <br> ) <br> L. LIN WOOD, ) FILE NO. 1:22-CV-01073 <br> ) <br> Defendant. ) <br> _____ ) | |

## AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION

To:  Andrew M. Beal, Esq.
     Buckley Beal LLP
     600 Peachtree Street, NE
     Suite 3900
     Atlanta, GA 30308

Please take notice that at 10:00 a.m. EST on Tuesday, November 1, 2022, at the State Bar of Georgia, 104 Marietta Street NW, Atlanta, GA 30303, counsel for the Defendant, will take the deposition of Plaintiff, NICOLE JENNINGS WADE, for all purposes under the Georgia Civil Practice Act, including discovery and cross-examination. The deposition will be taken before a videographer and a certified court reporter. The deposition noticed hereunder will be taken pursuant to O.C.G.A. § 9-11-26 and O.C.G.A. § 9-11-30.  All parties are invited to attend and examine the witness.

This 26th day of October, 2022.

        Respectfully submitted,

        **DOWNEY & CLEVELAND, LLP**

        By: /s/ R. CHRISTOPHER HARRISON
            R. CHRISTOPHER HARRISON
            Georgia State Bar No. 333199
            harrison@downeycleveland.com
            Attorney for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

        **L. LIN WOOD, P.C.**

        By: /s/ L. LIN WOOD
            L. Lin Wood
            Georgia State Bar No. 774588
            lwood@linwoodlaw.com

L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355
T: 404-891-1402
F: 404-506-9111

        **REYES LAWYERS, P.A.**

        By:/s/ IBRAHIM REYES
            Ibrahim Reyes
            Florida State Bar No. 581798
            ireyes@reyeslawyers.com

Reyes Lawyers, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
T: 305-445-0011
F: 305-445-1181

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14-point Times New Roman Font.

                Respectfully submitted,

                **DOWNEY & CLEVELAND, LLP**

                By: __/s/ R. Christopher Harrison
                     R. CHRISTOPHER HARRISON
                     Georgia State Bar No. 333199
                     harrison@downeycleveland.com
                     Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Andrew M. Beal, Esq.
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308

This 26th day of October, 2022.

                              **DOWNEY & CLEVELAND, LLP**

                              By: __/s/ R. Christopher Harrison__
                                  R. CHRISTOPHER HARRISON
                                  Georgia State Bar No. 333199