# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON<br><br>Plaintiffs,<br><br>v.<br><br>L. LIN WOOD,<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO. 1:22-CV-01073 |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 26.3(A) the undersigned hereby certifies that on the date shown, copies of the following pleadings were served:

1. **Defendant's Amended Responses to Plaintiffs' First Continuing Interrogatories; and**
2. **Defendant's Amended Responses to Plaintiffs' First Requests for Production of Documents.**

by placing the same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Andrew M. Beal, Esq.
Milinda Brown, Esq.
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308

This 4th day of November, 2022.

                                        **DOWNEY & CLEVELAND, LLP**

                                        By:   /s/ R. Christopher Harrison
                                               R. CHRISTOPHER HARRISON
                                               Georgia State Bar No. 333199
                                               harrison@downeycleveland.com
                                               Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

                                        **L. LIN WOOD, P.C.**

                                        By:  /s/ L. LIN WOOD
                                               L. Lin Wood
                                               Georgia State Bar No. 774588
                                               lwood@linwoodlaw.com

L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355
T: 404-891-1402
F: 404-506-9111

                                        **REYES LAWYERS, P.A.**

                                        By:/s/ IBRAHIM REYES
                                               Ibrahim Reyes
                                               Florida State Bar No. 581798
                                               ireyes@reyeslawyers.com

Reyes Lawyers, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
T: 305-445-0011
F: 305-445-1181

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14-point Times New Roman Font.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: __/s/ R. Christopher Harrison
     R. CHRISTOPHER HARRISON
     Georgia State Bar No. 333199
     harrison@downeycleveland.com
     Attorneys for Defendant

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Andrew M. Beal, Esq.
Milinda Brown, Esq.
Buckley Beal LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308

This 4th day of November, 2022.

**DOWNEY & CLEVELAND, LLP**

By: __/s/ R. Christopher Harrison__
R. CHRISTOPHER HARRISON
Georgia State Bar No. 333199