**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON,<br><br>             Plaintiffs,<br><br>     v.<br><br>L. LIN WOOD,<br><br>             Defendant. | Case No. 1:22-CV-01073 |

## AMENDED NOTICE OF DEPOSITION OF DEFENDANT, L. LIN WOOD

PLEASE TAKE NOTICE that, under Federal Rules of Civil Procedure 30(b)(1), counsel for Plaintiffs will take the deposition of L. Lin Wood on December 14, 2022 at 10:00 a.m. at the offices of the State Bar of Georgia, 104 Marietta Street NW, Atlanta, Georgia 30303, by oral examination before an officer duly authorized to administer oaths. The deposition will be taken for the purposes permitted by law, including use at trial.  The deposition will be recorded by stenographic and/or video-graphic means and will continue day to day until finished.

**[SIGNATURE FOLLOWING PAGE]**

This 18th day of November, 2022.

**BUCKLEY BEAL, LLP**

By: s/ Andrew M. Beal
   Andrew M. Beal, Esq.
   Georgia Bar No. 043842
   Milinda Brown, Esq.
   Georgia Bar No. 363307

600 Peachtree Street, NE
Atlanta, Georgia 30308
T – (404) 781-1100
F – (404) 688-2988
abeal@buckleybeal.com
mbrown@buckleybeal.com
*Counsel for Plaintiffs*

.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>L. LIN WOOD,<br><br>　　　　Defendant. | Case No. 1:22-CV-01073 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing *Amended Notice of Deposition of Defendant, L. Lin Wood* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

　　　　　　　　　　　　　　**BUCKLEY BEAL, LLP**

　　　　　　　　By:　s/ Andrew M. Beal
　　　　　　　　　　　Andrew M. Beal, Esq.
　　　　　　　　　　　Georgia Bar No. 043842
　　　　　　　　　　　Milinda Brown, Esq.
　　　　　　　　　　　Georgia Bar No. 363307

3