# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>L. LIN WOOD,<br><br>Defendant. | Case No. 1:22-CV-01073 |

## SECOND AMENDED NOTICE OF DEPOSITION OF DEFENDANT, L. LIN WOOD

PLEASE TAKE NOTICE that, under Federal Rules of Civil Procedure 30(b)(1), counsel for Plaintiffs will take the deposition of L. Lin Wood on March 13, 2023 at 10:00 a.m. at Meeting Room in SpringHill Suites by Marriott, 2227 Boundary Street, Beaufort, South Carolina 29902, by oral examination before an officer duly authorized to administer oaths. The deposition will be taken for the purposes permitted by law, including use at trial. The deposition will be recorded by stenographic and/or video-graphic means and will continue day to day until finished.

[SIGNATURE FOLLOWING PAGE]

This 1st day of March, 2023.

                                          /s/ Milinda L. Brown\_\_\_\_
                                          Andrew M. Beal
                                          Georgia Bar No. 043842
                                          Milinda L. Brown
                                          Georgia Bar No. 363307

BEAL, SUTHERLAND,
BERLIN & BROWN, LLC
945 East Paces Ferry Road, NE
Suite 2000
Atlanta, GA 30326
678-439-0330
drew@beal.law
milinda@beal.law

.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>L. LIN WOOD,<br><br>Defendant. | Case No. 1:22-CV-01073 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing *Second Amended Notice of Deposition of Defendant, L. Lin Wood* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

R. Christopher Harrison
Downey &Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060
harrison@downeycleveland.com

L. Lin Wood
L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355
lwood@linwoodlaw.com

3

Ibrahim Reyes
Reyes Lawyers, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
ireyes@reyeslawyers.com

  This 1st day of March, 2023.

              /s/ Milinda L. Brown
              Andrew M. Beal
              Georgia Bar No. 043842
              Milinda L. Brown
              Georgia Bar No. 363307

BEAL, SUTHERLAND,
BERLIN & BROWN, LLC
945 East Paces Ferry Road, NE
Suite 2000
Atlanta, GA 30326
678-439-0330
drew@beal.law
milinda@beal.law