**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>L. LIN WOOD,<br><br>Defendant. | Case No. 1:22-CV-01073 |

**CONSENT MOTION FOR PROTECTIVE ORDER**

The Parties move this Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a Protective Order. The grounds for this motion are more fully set forth in the accompanying Proposed Protective Order Regarding Confidential Information submitted with this motion. The undersigned certify that the Parties agree that a judicial order is required before the Parties may disclose confidential records and information.

Respectfully submitted this 16th day of March, 2023.

1

2

/s/ Andrew M. Beal
Andrew M. Beal
Georgia Bar No. 043842
Milinda Brown
Georgia Bar No. 363307
BEAL SUTHERLAND
BERLIN & BROWN, LLC
945 East Paces Ferry Rd, NE,
Suite 2000
Atlanta, GA 30326
drew@beal.law
milinda@beal.law
678-449-0422
*Counsel for Plaintiffs*

/s/ R. Christopher Harrison**
R. Christopher Harrison,
Georgia Bar No. 333199
DOWNEY & CLEVELAND, LLP
288 Washington Avenue
Marietta, Georgia  30060
harrison@downeycleveland.com
Tel: 770-422-3233
Fax: 770-423-4199

*/s/ L. Lin Wood*
L. Lin Wood, Esq.
Georgia Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30355
Telephone: 404-891-1402
Facsimile: 404-506-9111
lwood@linwoodlaw.com

*/s/ Ibrahim Reyes*
*(admitted pro hac vice)*
Ibrahim Reyes, Esq.
Florida Bar No. 581798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel: 305-445-0011
Facsimile: 305-445-1181
ireyes@reyeslawyers.com
*Counsel for Defendant*

**signed with express permission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON,<br><br>    Plaintiffs,<br><br>v.<br><br>L. LIN WOOD,<br><br>    Defendant. | Case No. 1:22-CV-01073 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing *Consent Motion for Protective Order* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 16th day of March, 2023.

                By:    s/ Andrew M. Beal
                          Andrew M. Beal, Esq.
                          Georgia Bar No. 043842
                          Milinda Brown, Esq.
                          Georgia Bar No. 363307