# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-01073-MLB
### Wade et al v. Wood
### Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 04/30/2024.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 2:50 P.M.     COURT REPORTER: Jana Colter
TIME IN COURT: 00:40     DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrew Beal representing G. Taylor Wilson |
| | Andrew Beal representing Jonathan D. Grunberg |
| | Andrew Beal representing Nicole Jennings Wade |
| | Milinda Brown representing G. Taylor Wilson |
| | Milinda Brown representing Jonathan D. Grunberg |
| | Milinda Brown representing Nicole Jennings Wade |
| | R. Harrison representing L. Lin Wood |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [93]Motion to Stay DENIED |
| MINUTE TEXT: | Hearing held on Defendant's [93] Motion to Stay. The Court DENIED the motion. The Court will set the jury trial by separate order. |
| HEARING STATUS: | Hearing Concluded |