## ATTACHMENT A:

## JOINT QUESTIONS TO JURORS
## CONCERNING THEIR LEGAL QUALIFICATIONS TO SERVE

1. Has anyone been convicted of a felony crime (punishable by imprisonment for more than one year) for which their civil rights have not been legally restored?

2. Do you know personally, or have you had any interaction with, any attorneys or employees at Alston & Bird, LLP?

3. Even if you do not know any of the parties personally, are you familiar with any of them by hearing about them on television or reading about them in the media or on social media?

4. Do you know anyone in the courtroom, including the judge or other potential jurors?

5. Do you have an account on, or follow any other accounts on the social media platform, Telegram?

6. Have you read posts from Defendant L. Lin Wood on Telegram, Twitter, or any other social media platform?

7. Do you have any knowledge of this case other than what you have heard thus far in this courtroom?

8. Has anyone read any media reports about any litigation between the plaintiffs in this case and Lin Wood?