# DEFENDANT'S LIST OF GENERAL QUESTIONS FOR VOIR DIRE

## ATTACHMENT B-2: Defendant's General Jury Questions

1. What is your understanding of the 1st Amendment?

2. How important is free speech to you?

3. Do you agree or disagree with this statement? : The 1st Amendment protects speech even when the ideas put forth are thought to be offensive or hateful.

4. Have you ever been sued for expressing your opinion?

5. Should individuals be allowed to state their honest opinions and ideas without fear of retaliation or legal action?

6. Do you agree that making accusations about a person's mental health is a serious matter?

7. Are you familiar with Richard Jewell and Mr. Wood's representation of him?

8. What is your opinion of people who support Donald Trump?

9. Are any of you Freemasons?

10. Are any of you members of Rotary Club, Kiwanis Club or any other nonprofit community service organization?

11. Do any of you have a bias against people who are outspoken about their faith in Jesus Christ?