**ATTACHMENT E:**

**FACTS STIPULATED BY THE PARTIES**

1.

Plaintiffs and Defendant entered into an agreement on March 17, 2020, in which they agreed to split fees to be received for certain cases on which they had worked jointly.

2.

Defendant has two separate "channels" on the social media platform Telegram—"Lin Wood Speaks Truth" and "Reply to Lin Wood."

3.

Defendant routinely makes a post to his "Lin Wood Speaks Truth" channel, which does not allow comments, and then he makes the same post to his "Reply to Lin Wood" channel, where comments can be made by his followers.

4.

On May 12, 2021, Defendant made the following post about Plaintiffs on both of his Telegram channels, and the screenshot reflects that it received over 169,900 views on one of those channels:

 

**Lin Wood**

I will no longer be silent about the frivolous fraud lawsuit filed against me.

In an effort to extort money from me, Nicole J. Wade, Jonathan D. Grunberg, and G. Taylor Wilson of the Atlanta law firm of Wade, Grunberg, & Wilson, LLC interfered with my relationship with my children, contributing to my children violating God's commandment that my children honor their father.

I had come choice words for these extortionists. I am hot-blooded, especially when someone messes with my children.

I told these extortionist lawyers that they were not messing with Lin Wood, they were messing with Almighty God. I spoke truth. God will deal with them for their actions involving my children.

These extortionist lawyers also were threatening my efforts to get President Trump to award Richard Jewell the Presidential Medal of Freedom posthumously with their false claims about my mental health (which they admitted were false in March 17, 2020 in the settlement agreement).

You do not mess with my children or Richard Jewell.

Now you know the context for my hot-blooded comments to these extortionist lawyers who should be disbarred. The public should file bar complaints against them with the State Bar of Georgia.

It is time to shine light on the darkness.

Thanks for listening to the TRUTH.

t.me/linwoodspeakstruth/2383   169.9K  👁  May 12, 2021 at 12:10

5.

Defendant posted the following statements about Plaintiffs on both of his

Telegram channels on May 13, 2021:

"I'm gonna tell you the truth about that lawsuit.  These people tried

to extort money out of me that they didn't have and didn't, didn't, didn't deserve. . . . So the truth of the matter is it was an extortionist type attempt by these lawyers …"

6.

On May 19, 2021, Defendant made the following post about Plaintiffs on both of his Telegram channels, and the screenshot reflects that it received over 199,300 views on one of those channels:



Lin Wood

I believe a large number of my followers are well informed and possess and exercise a high degree of common sense.

That is why I love to ask you questions to receive the benefit of your responses!

Here is a hypothetical:

Person A claims you owe $600K on a contract. You say that you cannot pay unless certain legal and ethical conditions are met.

Person A then threatens to file a salacious and frivolous fraud claim that falsely smears you in addition to a breach of contract claim UNLESS you immediately pay Person A $1.2M.

Does that sound like criminal extortion to you?

Asking for a friend.

t.me/linwoodspeakstruth/2574                199.3K 👁

edited  May 19, 2021 at 12:11

7.

Also on May 19, 2021, Defendant made the following post about Plaintiffs

on both of his Telegram channels, and the screenshot reflects that it received over

186,000 views on one of those channels:



8.

Also on May 19, 2021, Defendant made the following post about Plaintiffs

on both of his Telegram channels, and the screenshot reflects that it received over

179,400 views on one of those channels:



**Lin Wood**

Under new rules of the State Bar of Georgia (conveniently passed on January 9 so that non-clients from any state could file Bar complaints against me), concerned citizens can file Bar complaints against lawyers who they believe have violated disciplinary rules or engaged in possible criminal conduct (such as attempted extortion).

To file a complaint against any Georgia lawyer, you do not need to be a client nor reside in Georgia. You just have to have information about a Georgia lawyer that concerns you and you feel needs to be investigated.

Here is the link which I provide as a public service.

By the way, Andy, Nicole, Jonathan, & Taylor are Georgia lawyers.

P.S. ALL the power in this country was bestowed by Almighty God to We The People.

https://www.gabar.org/forthepublic/fileacomplaint.cfm

t.me/linwoodspeakstruth/2578                              179.4K 👁

edited  May 19, 2021 at 12:57

9.

On May 20, 2021, Defendant made the following post about Plaintiffs on both of his Telegram channels, and the screenshot reflects that it received over 166,800 views on one of those channels:



**Lin Wood** 

Yesterday, I posted the email below and suggested that in my opinion, this demand by Atlanta lawyer Andy Beall of Buckley/Beall and Atlanta lawyers Nicole J. Wade, Jonathan D. Grunberg, and G. Taylor Wilson of Wade, Grunberg, & Wilson, LLC constituted an attempt to extort me.

I know some other lawyers who agree with my opinion.

Today, Andy Beall filed papers with the Court accusing me of wrongdoing for stating my opinion which by the way is a fully protected opinion under the First Amendment.

Wow! Andy, Nicole, Jonathan, and Taylor apparently do not believe in freedom of speech.

I do believe in freedom of speech and I will never stop fighting for free speech and the Bill of Rights.

t.me/linwoodspeakstruth/2598   166.8K 👁   May 20, 2021 at 18:14

10.

On May 26, 2021, Defendant made the following post about Plaintiffs on both of his Telegram channels, and the screenshot reflects that it received over 160,400 views on one of those channels:

**REQUEST FOR ADMISSION NO. 50:**

Admit that you contacted clients or former clients to discuss the lawsuit filed by Plaintiffs against you, and during these communications you referred to the Plaintiffs' suit as extortion and used words to state or imply that Plaintiffs were dishonest.

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Mr. Wood admits that he contacted clients in privileged communications concerning the frivolous lawsuit which Plaintiffs were threatening to file against Mr. Wood and L. Lin Wood, P.C. In Mr. Wood's opinion, Plaintiffs committed the crime of attempted extortion and Mr. Wood is still considering whether to pursue criminal actions against Plaintiffs and their counsel. Further, in Mr. Wood's opinion. Plaintiffs are dishonest and unfit to practice law. Except to the extent admitted herein, Request No. 50 is denied.

Respectfully submitted this 26th day of May, 2021.

11.

On June 16, 2021, Defendant posted the following statements about Plaintiffs

on both of his Telegram channels:

> "These accusations against me are unfounded, they are frivolous, they were filed for an attempt to do nothing more than to smear me, and to extort from me monies that the Plaintiffs, Nicole J. Wade, Jonathan D. Grunberg, and G. Taylor Wilson are not entitled to recover."

> \* \* \*

> "So then I had these lawyers trying to threaten me that they were going to make public their accusations about my mental health at a time when I was scheduled to meet with President Trump to discuss whether the President would award to Richard Jewell the Presidential Metal of Freedom. I also was in the middle of cases against every major member of the media, including CNN and the Washington Post,

ABC, NBC, CBS, Gannett, Rolling Stone for Nicholas Sandmann, and I told these lawyers they needed to stop the foolishness about my mental health because it would harm Richard Jewell potentially, or it would harm Nicholas Sandmann, and there was no basis in fact for such accusations. It was an extortion played by these lawyers."

\* \* \*

"I recommended to the client through his local counsel, that they agree to the deal even though I knew it was extortion."

\* \* \*

"They presented me with a draft of their lawsuit, which in the fraud portion of the case went into detail about issues that arose out of their interference with my children's relationship with me, where they were actively taking steps and doing things that in essence had my children not honoring their father. That is a violation of one of God's commandments. I know at one point in time, I told them, I said you are not messing with Lin Wood, you are messing with Almighty God. It's his commandment, not mine. They put that stuff in the fraud complaint among other things that were scandalous, irrelevant, immaterial, to even a fraud claim.  They did that to smear me and to try to get me to pay this money."

\* \* \*

"I was trying to help them even though they had tried to extort me."

\* \* \*

"You don't use the court system to extort people."

12.

On June 18, 2021, Defendant posted the following statements about Plaintiffs

on both of his Telegram channels:

> "They were trying to extort me. Almost blackmail me. $1.5 million? How did the value of the case go up three times? I told them to file it. They did.  The law does not sanction lawyers' engaging in such conduct to try to extort money from another party based on threats of filing frivolous and smears in a lawsuit. It shouldn't be tolerated."

* * *

> "[T]heir unfortunately – it's the truth – extortion that they tried to successfully, now unsuccessfully obtain from me."

* * *

> "I was willing to live up to the agreement even though it was extortion."

* * *

> "Because they told me if I didn't agree to pay them $1.5 million, 1.25 in cash, and to pay for their share of the office lease -- which the building had told them they owed three-fourths of -- we had an office-sharing arrangement -- that if I didn't pay $1.5 million to him immediately, he was going to sue that case and, you know, in essence, listen, do exactly what he did, smear my name, have that complaint circulated all over the country for people to attack me and to accuse me and to smear my reputation. That's blackmail. That's extortion, in my view."

* * *

> "Never heard another word about it from the boy until I -- all of a sudden, to try to extort me, he puts in a claim that I assaulted him."

\* \* \*

"I don't know how Jonathan knows anything about it, but nothing was ever said about it after the event until they put it into this lawsuit where they tried to extort me to have me pay them $1.5 million in a case that even they claim is only worth $647,000, after they get the benefit of $280,000 that I was to pay for their share of the lease."

13.

Defendant received correspondence from Plaintiffs' counsel dated March 8, 2022, demanding that Defendant retract his defamatory statements regarding Plaintiffs.

14.

Defendant has not withdrawn or retracted any of his accusations that Plaintiffs committed criminal extortion.

15.

Defendant has control over the Telegram channel https://t.me/linwoodspeakstruth, including the ability to remove posts.

16.

Defendant has control over the Telegram channel https://t.me/replytolinwood, including the ability to remove posts.