## ATTACHMENT F-1:

## PLAINTIFF'S LIST OF WITNESSES AND ADDRESSES

Plaintiffs **will** have present at trial the following witnesses:

1) Nicole Jennings Wade, contact through counsel;

2) Jonathan D. Grunberg, contact through counsel;

3) G. Taylor Wilson, contact through counsel.

Plaintiff **may** have present at trial the following witnesses:

1) L. Lin Wood (via deposition and/or via live testimony);

2) Tyler Jones of Carmichael Consulting Solutions, LLC;

3) Kimmy Bennett; and

4) Todd McMurtry by deposition.

5) If the jury finds that an award of attorneys' fees is appropriate, Plaintiffs will call Randolph A. Mayer, Esq. as an expert witness who will be expected to testify that the contingency fee agreement in this case is a usual and customary fee for such a case and is a valid indicator of the value of professional services rendered by Plaintiffs' counsel in this case.