## ATTACHMENT F-2:

## **DEFENDANT'S LIST OF WITNESSES AND ADDRESSES**

Defendant will present the following witnesses at trial:

1. L. Lin Wood

    Defendant may present the following witnesses at trial:

1. Joey Burby (via deposition or live testimony);
2. Chris Marquardt (via deposition or live testimony) ; and
3. Todd McMurtry (via deposition or live testimony).