# ATTACHMENT G-1:

## PLAINTIFF'S LIST OF EVIDENCE TO BE TENDERED AT TRIAL

| ADMITTED | EXH. NO. | DESCRIPTION |
|---|---|---|
| | P-1 | May 12, 2021 Telegram Post (Compl. ¶ 82) |
| | P-2 | May 13, 2021 Telegram Post (Compl. ¶ 86) |
| | P-3 | May 19, 2021 Telegram Thread (5 posts) (Compl. ¶ 88) |
| | P-4 | May 20, 2021 Telegram Post (Compl. ¶ 91) |
| | P-5 | May 26, 2021 Telegram Post (Compl. ¶ 93) |
| | P-6 | June 16, 2021 "Deposition" Posted to Telegram (Compl. ¶ 98) |
| | P-7 | June 17, 2021 "Deposition" Posted to Telegram (Compl. ¶ 98) |
| | P-8 | June 18, 2021 "Deposition" Posted to Telegram (Compl. ¶ 98) |
| | P-9 | 08-27-20 Retraction Demand |
| | P-10 | 03-08-22 Retraction Demand (WGW002303-14) |
| | P-11 | 06-01-15 Daily Report Announcement (2155) |
| | P-12 | 04-23-18 Email from LLW to Pls (WGW 001624-27) |
| | P-13 | 05-01-18 Daily Report Announcement (1st Amended Complaint ¶ 44, 51) |
| | P-14 | June 2018 GA Bar Journal (WGW 001942) |
| | P-15 | May 26, 2015 and May 31, 2015 emails from LW to NW re: partnership 2015, 2016 |
| | P-16 | Agreement For Nicole Jennings Wade to Join L. Lin Wood, P.C. (WGW 002011-12) |

| | | |
|---|---|---|
| | P-17 | January 2020 Screenshots of pages on www.linwoodlaw.com (1st Amended Complaint ¶ 63, 1619,1986,1992, 2030) |
| | P-18 | February 2020 Screenshot of pages on linwoodlaw.com (WGW 001716) |
| | P-19 | 18 Email from N. Wade to LLW (000088-89) |
| | P-20 | 01-24-20 Email from LLW to Pls (000100) |
| | P-21 | 01-24-20 Email from LLW to GTW (000378) |
| | P-22 | 01-24-20 Email from LLW to Pls (000380) |
| | P-23 | Excerpts from recording (2020-02-05 LLW) |
| | P-24 | Transcript of Excerpts from recording (2020-02-05 LLW) |
| | P-25 | Excerpts from recording (2020-02-10 315 pm) |
| | P-26 | Transcript of Excerpts from recording (2020-02-10 315 pm) |
| | P-27 | Excerpts from recording (2020-02-10 3:40 PM) |
| | P-28 | Transcript of excerpts from recording (2020-02-10 3:40 PM) |
| | P-29 | 02-11-20 Emails between parties (000158-59) |
| | P-30 | 02-11-20 Voicemail (2020-02-11 voicemail-389 (105 pm)) |
| | P-31 | Transcript of Voicemail (2020-02-11 voicemail-389 (105 pm)) |
| | P-32 | Excerpts from recording (2020-02-13 12-53 pm LLW) |
| | P-33 | Transcript of Excerpts from recording (2020-02-13 12-53 pm LLW) |
| | P-34 | 2-14-20 Voicemail (2020-02-14 voicemail-397 (1214 pm)) |
| | P-35 | Transcript of Voicemail (2020-02-14 voicemail-397 (1214 pm)) |
| | P-36 | 02-14-20 Text from LLW to Pls (000267) |
| | P-37 | 02-14-20 emails between parties (000208-10) |
| | P-38 | 02-14-20 emails from LLW to Pls (000214-217) |
| | P-39 | -20 emails between parties (000007-09) |

| | | |
|---|---|---|
| | P-40 | 02-15-20 Voicemail (2020-02-15 voicemail-398 (218 pm)) |
| | P-41 | Transcript of Voicemail (2020-02-15 voicemail-398 (218 pm)) |
| | P-42 | 02-15-20 Voicemail (2020-02-15 LLW VM to JDG) |
| | P-43 | Transcript of Voicemail (2020-02-15 LLW VM to JDG) |
| | P-44 | 02-15-20 emails from LLW to Pls (000218-224) |
| | P-45 | 02-15-20 email from LLW to DPM et al. (000001-06) |
| | P-46 | 02-15-20 Text messages between LLW and GTW (000499-505) |
| | P-47 | 02-16-20 email from GTW to LLW (000024) |
| | P-48 | 02-17-20 Voicemail (2020-02-17 7-27 am LLW VM to JDG) |
| | P-49 | Transcript of Voicemail (2020-02-17 7-27 am LLW VM to JDG) |
| | P-50 | 02-17-20 Voicemail (2020-02-17 voicemail-405 (718 am)) |
| | P-51 | Transcript of Voicemail (2020-02-17 voicemail-405 (718 am)) |
| | P-52 | 02-17-20 Voicemail (2020-02-17 voicemail-406 (723 am)) |
| | P-53 | Transcript of Voicemail (2020-02-17 voicemail-406 (723 am)) |
| | P-54 | 02-17-20 Text messages between LLW and GTW (000507-08) |
| | P-55 | 02-17-20 Emails between parties (000033-36) |
| | P-56 | 02-17-20 Email from LLW to GTW et al (000296-301) |
| | P-57 | 02-17-20 Email between parties (000310-14) |
| | P-58 | 02-18-20 Email from LLW to Pls (000231-235) |
| | P-59 | 02-19-20 Voicemail (2020-02-19 voicemail-409 (1213 pm)) |
| | P-60 | Transcript of Voicemail (2020-02-19 voicemail-409 (1213 pm)) |
| | P-61 | 02-19-20 Voicemail (2020-02-19 6-42 pm LLW VM to JDG) |
| | P-62 | Transcript of Voicemail (2020-02-19 6-42 pm LLW VM to JDG) |
| | P-63 | 02-19-20 Email from GTW to LLW (000038) |
| | P-64 | 02-19-20 Emails from LLW to Pls et al. (000042-43) |

| | | |
|---|---|---|
| | P-65 | 02-20-20 Voicemail (2020-02-20 voicemail-416 (659 pm)) |
| | P-66 | Transcript of Voicemail (2020-02-20 voicemail-416 (659 pm)) |
| | P-67 | 02-20-20 Voicemail (2020-02-20 LLW VM to JDG) |
| | P-68 | Transcript of Voicemail (2020-02-20 LLW VM to JDG) |
| | P-69 | 02-21-20 Voicemail (2020-02-21 LLW VM to JDG) |
| | P-70 | Transcript of Voicemail (2020-02-21 LLW VM to JDG) |
| | P-71 | 02-22-20 Emails between parties (000085-87) |
| | P-72 | 02-22-20 Email from LLW to AMB (000384-85) |
| | P-73 | 02-22-20 Email from LLW to N Baker fw LLW to T. McMurtry re Good idea! (Bates Nos. WGW 002074-002076; NLB0002025 through NLB00027) |
| | P-74 | 02-22-20 Email from LLW to T. McMurtry re: For tonight (Bates No. WGW- 3524) |
| | P-75 | February 22, 2020 Email from T. McMurtry to AMB re: LLW Confidential (TVM 1079 through TVM1080) |
| | P-76 | 02-22-20 Email from LLW to AMB re: Your dad/My dear friend (incl. Dr. Phil fw) (Bates Nos. WGW 002275 – WGW 000279; WGW 000001- 000006) |
| | P-77 | 02-22-20 Email FLW T TM re: email to Beal. Perfect! (Bates Nos. WGW-Fulton-2950 through WGW-Fulton-2951) |
| | P-78 | 02-23 2020 Email from LLW to N. Baker fw LLW to T. McMurtry (Bates Nos. WGW-Fulton-2867 through WGW-Fulton-2874) |
| | P-79 | 02-23 2020 F LW T TM re: Another email to Todd re: escrow (Bates Nos. WGW-Fulton-2946 through WGW-Fulton-2947) |
| | P-80 | 2-23-20 email from LLW to J. McAlpin et al. (00236-40) |
| | P-81 | 03-02-20 Email from LLW to AMB and TVM (000391-93) |
| | P-82 | 03-03-20 Voicemail (2020-03-03 1037 pm voicemail-691) |

| | | |
|---|---|---|
| | P-83 | Transcript of Voicemail (2020-03-03 1037 pm voicemail-691) |
| | P-84 | 03-04-20 Voicemail (2020-03-04 voicemail-426 (509 am) KEY) |
| | P-85 | Transcript of Voicemail (2020-03-04 voicemail-426 (509 am) KEY) |
| | P-86 | 03-04-2020 Email from LLW to T. McMurtry FW: Resolution (Bates No. TVM 0714) |
| | P-87 | 03-04-2020 Email from LLW to AMB re: Resolution (Bates Nos. TVM 0722 through TVM – 0724; 000273-76) |
| | P-88 | 03-04-2020 Email from LLW to G. Granello (000249-53) |
| | P-89 | 03-13-2020 Email F Marquardt T Beal re: settlement |
| | P-90 | 03-16-2020 Email F LLW T Marquardt re: settlement draft revisions (WGW- Fulton – 3129 through WGW- Fulton – 3141) |
| | P-91 | 03-17-2020 Settlement Agreement (WGW 002296-2302) |
| | P-92 | 07-24-2020 Ltr F Marquardt T Beal re: [Disputed Case] Fee Split |
| | P-93 | 08-07-2020 Ltr from AMB to Marquardt re: Demand (Bates Nos. WGW 002315 - 002316) |
| | P-94 | 08-20-2020 Email from Beal to Burby re: Request for Time (Bates Nos. TVM 1167 through TVM 1168) |
| | P-95 | 08-25-2020 Email from Beal to Marquardt (WGW 002322) |
| | P-96 | 08-27-2020 Email from Beal to Burby re: Settlement Demand (Bates Nos. WGW 002324 - 002326) |
| | P-97 | 08-28-2020 Email from Beal to Burby (WGW 002327) |
| | P-98 | 08-31-2020 Email F Beal T Marquardt re: Settlement Demand |
| | P-99 | 09-10-2020 First Amended Complaint, Fulton County, CAF: 2020-CV-339937 |
| | P-100 | April 20, 2023 Second Amended Complaint, Fulton County, CAF: 2020-CV-339937 |
| | P-101 | October 8, 2020 Order Granting Interlocutory Injunction Fulton (Fulton County Superior Court CAF: 2020CV339937) |

|  | P-102 | August 22, 2023 Order Denying Ds' MTD/MTS Fulton (Fulton County Superior Court CAF: 2020CV339937) |
|---|---|---|
|  | P-103 | January 28, 2019 [Disputed Case] Engagement Letter (Bates Nos. WGW – Fulton – 3208 through WGW – Fulton - 3210) |
|  | P-104 | Recording McMurtry/GTW (194; WGW 001616) |
|  | P-105 | Transcript of Recording of McMurtry/GTW |
|  | P-106 | April 28, 2020 Email F LLW T Matt (Bates Nos. WGW – Fulton – 3527 through WGW – Fulton - 3528) |
|  | P-107 | September 22, 2020 Email F LLW T Matt (Bates Nos. WGW – Fulton – 4230 through WGW – Fulton - 4231) |
|  | P-108 | January 17, 2020 Email F LW T Matt (Bates No. WGW – Fulton – 3529) |
|  | P-109 | April 6, 2020 Email F Matt T LLW (Bates Nos. WGW – Fulton – 3534 through WGW – Fulton - 3535) |
|  | P-110 | May 17, 2020 Email F LLW T Matt (182) |
|  | P-111 | June 16, 2020 Email F LLW T Matt (Bates Nos. WGW – Fulton – 3536 through WGW – Fulton - 3537) |
|  | P-112 | April 16, 2020 Email F LLW T Matt (Bates No. WGW – Fulton – 3538) |
|  | P-113 | June 6, 2020 Email F LLW T Matt (Bates Nos. WGW – Fulton – 3539 through WGW – Fulton - 3540) |
|  | P-114 | 10-02-19 email from LLW to Pls (000096,1708) |
|  | P-115 | 11-30-19 Text messages between LLW and GTW (000496-98) |
|  | P-116 | October 2018 Text messages between GTW and KHB (000475-80) |
|  | P-117 | 05-12-21 Text messages between GTW and KHB (000495) |
|  | P-118 | 07-17-20 Email from LLW to GTW (000826-28) |
|  | P-119 | 03-24-21 LLW Letter to NCBE (001338-40) |

| | | |
|---|---|---|
| | P-120 | August 2019 Recording LLW and JDG (WGW 001617) |
| | P-121 | Office Lease (WGW 001630-1707) |
| | P-122 | 02-25-20 Email from LLW to AMB et al (WGW 002108-11) |
| | P-123 | 06-11-21 LLW Bar Complaint (WGW 002337) |
| | P-124 | 02-06-20 GTW texts with Matt Wood (No bates) |
| | P-125 | May 12, 2021 email (WGW-001347-Federal Matter) |
| | P-126 | June 15, 2021 email (WGW-001348 Federal Matter) |
| | P-127 | May 17, 2021 email (WGW-001349 Federal Matter) |
| | P-128 | May 17, 2021 email (WGW-001350 Federal Matter) |
| | P-129 | May 17, 2021 email (WGW-001351 Federal Matter) |
| | P-130 | May 17, 2021 email (WGW-001352 Federal Matter) |
| | P-131 | May 18, 2021 email (WGW-001354 Federal Matter) |
| | P-132 | May 19, 2021 email (WGW-001355 Federal Matter) |
| | P-133 | May 19, 2021 email (WGW-001356 Federal Matter) |
| | P-134 | May 19, 2021 email (WGW-001357 Federal Matter) |
| | P-135 | May 19, 2021 email (WGW-001359 Federal Matter) |
| | P-136 | May 25, 2021 email (WGW-001360 Federal Matter) |
| | P-137 | June 11, 2021 email (WGW-001361 Federal Matter) |
| | P-138 | June 15, 2021 email (WGW-001362 Federal Matter) |
| | P-139 | June 15, 2021 email (WGW-001363 Federal Matter) |
| | P-140 | June 15, 2021 email (WGW-001364 Federal Matter) |
| | P-141 | June 15, 2021 email (WGW-001365 Federal Matter) |
| | P-142 | June 15, 2021 email (WGW-001366 Federal Matter) |
| | P-143 | June 15, 2021 email (WGW-001367 Federal Matter) |
| | P-144 | June 15, 2021 email (WGW-001368 Federal Matter) |

| | | |
|---|---|---|
| | P-145 | June 15, 2021 email (WGW-001369 Federal Matter) |
| | P-146 | June 16, 2021 email (WGW-001370 Federal Matter) |
| | P-147 | June 16, 2021 email (WGW-001371 Federal Matter) |
| | P-148 | June 16, 2021 email (WGW-001372 Federal Matter) |
| | P-149 | June 16, 2021 email (WGW-001373 Federal Matter) |
| | P-150 | June 16, 2021 email (WGW-001374 Federal Matter) |
| | P-151 | June 16, 2021 email (WGW-001375 Federal Matter) |
| | P-152 | June 16, 2021 email (WGW-001376 Federal Matter) |
| | P-153 | June 16, 2021 email (WGW-001377 Federal Matter) |
| | P-154 | June 16, 2021 email (WGW-001378 Federal Matter) |
| | P-155 | June 16, 2021 email (WGW-001379 Federal Matter) |
| | P-156 | June 16, 2021 email (WGW-001380 Federal Matter) |
| | P-157 | June 17, 2021 email (WGW-001381 Federal Matter) |
| | P-158 | June 17, 2021 email (WGW-001382 Federal Matter) |
| | P-159 | June 17, 2021 email (WGW-001383 Federal Matter) |
| | P-160 | June 17, 2021 email (WGW-001384 Federal Matter) |
| | P-161 | June 16, 2021 screenshot (WGW 002163) |
| | P-162 | March 8, 2021 LLW post and comments ("Today I was informed") (WGW-001200-1207 Federal Matter) |
| | P-163 | March 17, 2021 LLW post (WGW-001210 Federal Matter) |
| | P-164 | March 22, 2021 LLW posts (3) (WGW-001211 Federal Matter) |
| | P-165 | March 22, 2021 LLW posts (4) (WGW-001212 Federal Matter) |
| | P-166 | May 19, 2021 LLW posts (6) (WGW-001214-1218 Federal Matter) |
| | P-167 | May 20, 2021 LLW posts (5) (WGW-001219-1223 Federal Matter) |

| | | |
|---|---|---|
| | P-168 | May 25, 2021 LLW posts (3) (WGW-001224-1225 Federal Matter) |
| | P-169 | May 26, 2021 LLW posts (4) (WGW-001226-1227 Federal Matter) |
| | P-170 | June 8, 2021 LLW post (WGW-001228 Federal Matter) |
| | P-171 | June 9, 2021 LLW posts (4) (WGW-001229-1232 Federal Matter) |
| | P-172 | June 16, 2021 LLW posts (3) (WGW-001233-1234 Federal Matter) |
| | P-173 | June 18, 2021 LLW post (WGW-001235 Federal Matter) |
| | P-174 | June 19, 2021 LLW post (WGW-001236 Federal Matter) |
| | P-175 | January 8, 2024 LLW post (https://t.me/linwoodspeakstruth/39946) |
| | P-176 | January 11, 2024 LLW post (https://t.me/linwoodspeakstruth/40014) |
| | P-177 | November 1, 2022 LLW post (https://t.me/linwoodspeakstruth/20650) |
| | P-178 | November 1, 2022 LLW post (https://t.me/linwoodspeakstruth/20651) |
| | P-179 | November 1, 2022 LLW post (https://t.me/linwoodspeakstruth/20652) |
| | P-180 | November 1, 2022 LLW post (https://t.me/linwoodspeakstruth/20653) |
| | P-181 | November 1, 2022 LLW post (https://t.me/linwoodspeakstruth/20655) |
| | P-182 | November 1, 2022 LLW post (https://t.me/linwoodspeakstruth/20657) |
| | P-183 | November 1, 2022 LLW post (https://t.me/linwoodspeakstruth/20659) |
| | P-184 | November 1, 2022 LLW post (https://t.me/linwoodspeakstruth/20661) |
| | P-185 | November 2, 2022 LLW post (https://t.me/linwoodspeakstruth/20689) |

|  | P-186 | November 2, 2022 LLW post (https://t.me/linwoodspeakstruth/20694) |
|--|-------|--------------------------------------------------------------------|
|  | P-187 | November 3, 2022 LLW post (https://t.me/linwoodspeakstruth/20724) |
|  | P-188 | November 4, 2022 LLW post (https://t.me/linwoodspeakstruth/20734) |
|  | P-189 | June 16, 2021 LLW post (https://t.me/linwoodspeakstruth/3201) |
|  | P-190 | August 6, 2020 LLW letter to Dexter King |
|  | P-191 | Posts contained in May 19, 2021 Nicole Wade Supplemental Affidavit in Support of Motion for Contempt filed in Superior Court action |
|  | P-192 | Posts contained in July 8, 2021 Nicole Wade Affidavit in Opposition to LLW Motion to Dismiss and for Sanctions filed in Superior Court action |
|  | P-193 | Bar complaints filed against Plaintiffs |
|  | P-194 | Any additional messages/texts included in the Complaints filed in this matter and/or the Superior Court matter |