# ATTACHMENT I:

# PLAINTIFFS' VERDICT FORM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON,<br><br>  Plaintiffs,<br><br>    v.<br><br>L. LIN WOOD,<br><br>  Defendant. | Case No. 1:22-CV-01073 |

# PLAINTIFFS' [PROPOSED] JURY VERDICT FORM

WE THE JURY answer the questions submitted to us as follows:

1. Have Plaintiffs proved by a preponderance of the evidence that Defendant L. Lin Wood acted at least negligently in accusing them of criminal extortion?

    \_\_\_\_\_ Yes.  We the jury find in favor of Plaintiffs Nicole Wade, Jonathan Grunberg, and Taylor Wilson.

   OR

    \_\_\_\_\_ No.  We the jury find in favor of Defendant L. Lin Wood.

1

2. If "yes," as compensatory damages for defamation by libel, we the jury award to Plaintiffs the amount of $_____.

*If you checked "yes," finding in favor of Plaintiffs with respect to Question 1, after answering Question 2, please proceed to Questions 3 through 4 below. If you checked "no," finding in favor of Defendant with respect to Question 1, this ends your deliberations, and your foreperson should sign and date this verdict form.*

3. Have Plaintiffs proved by a preponderance of the evidence that they are entitled to recovery of attorneys' fees from Defendant L. Lin Wood?

   \_\_\_\_\_ Yes        OR        \_\_\_\_\_ No

4. Have Plaintiffs Nicole Wade, Jonathan Grunberg, and Taylor Wilson proved by clear and convincing evidence that Defendant L. Lin Wood acted with actual malice in accusing them of criminal extortion?

   \_\_\_\_\_ Yes        OR        \_\_\_\_\_ No

*If you checked "yes," finding in favor of Plaintiffs with respect to Question 4, please proceed to Questions 5 through 7 below regarding damages. If you checked "no," finding in favor of Defendant with respect to Question 4, this ends your deliberations, and your foreperson should sign and date this verdict form.*

5. As presumed damages for harm to reputation, we the jury award to Plaintiffs the additional amount of $_____.

6. Have Plaintiffs proved by clear and convincing evidence that they are entitled to recovery of punitive damages from Defendant L. Lin Wood?

    \_\_\_\_\_ Yes          OR          \_\_\_\_\_ No

7. Have Plaintiffs proved by a preponderance of the evidence that Defendant L. Lin Wood had a specific intent to cause harm when he published the defamatory statements about Plaintiffs?

    \_\_\_\_\_ Yes          OR          \_\_\_\_\_ No

*This ends your deliberations. Your foreperson should sign and date this verdict form.*

SO SAY WE ALL.

_____
Foreperson's Signature

Date: _____

3

Defendant will submit a proposed verdict form pursuant to the Court's Order (Doc. 101).

4