NICOLE WADE vs - L. LIN WOOD
2020-CV-339937 - LIN WOOD, JR.                                    174

1  agreed to pay their share of the lease, I was
2  done with them.  I wanted to pay them.  I wanted
3  them to be successful.
4          I offered them a line of credit when
5  the settlement got delayed with the court.  I
6  sent them 40-some case of which they've made
7  some significant money.
8     Q    Let's look at --
9     A    -- and yet you just want to ignore
10 that.
11    Q    Let's look at Exhibit 60.
12    A    You just ignore that.
13         (Whereupon, Plaintiff's Exhibit
14         Number 60 was marked for
15         identification.)
16 BY MR. BEAL:
17    Q    Does this appear to be Fulton Daily
18 Report article?
19    A    It does.  I mean, it looks like an
20 article.
21    Q    Okay.  And the second paragraph says,
22 the Atlanta-based cable news network settlement
23 resolves a $30 million libel lawsuit filed by
24 David Carbone, the former CEO of St. Mary's
25 Medical Center in West Palm Beach, Florida.


COASTAL COURT REPORTING & VIDEO SERVICES
800-791-1100       www.coastalcourt.com

```
 1            So the 30 million was the demand that
 2   you made in that case?
 3       A    I think that was the amount of the
 4   demand and that's what they drew the story from.
 5       Q    And your settlement was confidential
 6   but it was a fraction of that amount.
 7            Is that fair to say?
 8       A    That's not unusual.
 9       Q    Right.  Okay.  Page 2 of that last
10   paragraph, you're referencing the Sandmann case
11   and it says a $275 million defamation suit.
12       A    Uh-huh.
13       Q    And the Sandmanns case settled for a
14   fraction of that amount; is that right?
15       A    Not unusual.
16       Q    Okay.
17       A    But I -- I'm not going to characterize
18   it beyond saying it's not unusual for a case to
19   settle for less than the amount of the addendum.
20   There's many reasons you make an addendum in a
21   certain amount.
22       Q    All right.  Let's go to Volume 2 and
23   flop over to 188.  Sorry, we don't have to do
24   this very often but there are a few that I
25   couldn't get in the first binder.  So if you go
```

