## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON<br><br>Plaintiffs,<br><br>v.<br><br>L. LIN WOOD,<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO. 1:22-CV-01073 |

## ORDER GRANTING DEFENDANT'S MOTION FOR FINAL EXTENSION OF TIME TO FILE THE PROPOSED REQUESTS TO CHARGE

This matter came before the Court on the Defendant's Motion for Final Extension of Time to File the Proposed Requests to Charge. Having considered the Motion and good cause shown, the Court hereby **GRANTS** the Defendant's Motion. The time for the parties to file the proposed requests to charge is hereby extended through and including June 19, 2024. No additional extensions will be granted.

**SO ORDERED** this 14th day of June, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE