# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-01073-MLB
### Wade et al v. Wood
### Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 07/09/2024.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 6:10 P.M.    COURT REPORTER: Jana Colter
TIME IN COURT: 4:00                 DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrew Beal representing G. Taylor Wilson |
| | Andrew Beal representing Jonathan D. Grunberg |
| | Andrew Beal representing Nicole Jennings Wade |
| | Milinda Brown representing G. Taylor Wilson |
| | Milinda Brown representing Jonathan D. Grunberg |
| | Milinda Brown representing Nicole Jennings Wade |
| | John Exum representing L. Lin Wood |
| | R. Harrison representing L. Lin Wood |
| | ** Jackson Griner representing L. Lin Wood |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Pretrial conference held. Discussion had regarding the Court's practices and procedures for trial, deposition designations, and other matters. The Court's rulings are as stated in the record. |
| HEARING STATUS: | Hearing Concluded |