NICOLE WADE vs - L. LIN WOOD
2020-CV-339937 - LIN WOOD, JR.                               174

```
 1   agreed to pay their share of the lease, I was
 2   done with them.  I wanted to pay them.  I wanted
 3   them to be successful.
 4           I offered them a line of credit when
 5   the settlement got delayed with the court.  I
 6   sent them 40-some case of which they've made
 7   some significant money.
 8      Q    Let's look at --
 9      A    -- and yet you just want to ignore
10   that.
11      Q    Let's look at Exhibit 60.
12      A    You just ignore that.
13           (Whereupon, Plaintiff's Exhibit
14           Number 60 was marked for
15           identification.)
16   BY MR. BEAL:
17      Q    Does this appear to be Fulton Daily
18   Report article?
19      A    It does.  I mean, it looks like an
20   article.
21      Q    Okay.  And the second paragraph says,
22   the Atlanta-based cable news network settlement
23   resolves a $30 million libel lawsuit filed by
24   David Carbone, the former CEO of St. Mary's
25   Medical Center in West Palm Beach, Florida.
```



COASTAL COURT REPORTING & VIDEO SERVICES
800-791-1100         www.coastalcourt.com

```
 1            So the 30 million was the demand that
 2   you made in that case?
 3       A    I think that was the amount of the
 4   demand and that's what they drew the story from.
 5       Q    And your settlement was confidential
 6   but it was a fraction of that amount.
 7            Is that fair to say?
 8       A    That's not unusual.
 9       Q    Right.  Okay.  Page 2 of that last
10   paragraph, you're referencing the Sandmann case
11   and it says a $275 million defamation suit.
12       A    Uh-huh.
13       Q    And the Sandmanns case settled for a
14   fraction of that amount; is that right?
15       A    Not unusual.
16       Q    Okay.
17       A    But I -- I'm not going to characterize
18   it beyond saying it's not unusual for a case to
19   settle for less than the amount of the addendum.
20   There's many reasons you make an addendum in a
21   certain amount.
22       Q    All right.  Let's go to Volume 2 and
23   flop over to 188.  Sorry, we don't have to do
24   this very often but there are a few that I
25   couldn't get in the first binder.  So if you go
```

