IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Nicole Jennings Wade, Jonathan
D. Grunberg, and G. Taylor
Wilson,

           Plaintiffs,

                                Case No. 1:22-cv-1073-MLB

v.

L. Lin Wood,

           Defendant.

_____/

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs Nicole Jennings Wade, Jonathan D. Grunberg, G. Taylor Wilson, their paralegal, Christina Mattox, their counsel, Andrew M. Beal, Milinda L. Brown, and their paralegal, Michael L. Glosup, or their designee, be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of presentation of evidence at a jury trial to take place on Wednesday, August 7, 2024, at 9:00 a.m.:

    1. Nine laptop computers with power cords

    2. Seven iPads/tablets with chargers

3. Five portable monitors, keyboards, and other peripherals

4. Nine iPhones/smart phones with chargers

5. Two wi-fi devices

6. Several boxes of exhibits and 3-ring binders containing notes, documents, caselaw, and office supplies

7. Projector with stand and collapsible projector screen

8. Enlarged graphic demonstrative aids with easel

Proper identification will be required upon entering the security station. The equipment shall be subject to inspection by the United States Marshal Service.

This Order shall be effective until the conclusion of the jury trial.

**SO ORDERED** this 31st day of July, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE