# Jackson Griner

| | |
|---|---|
| **From:** | Michael Glosup <michael@beal.law> |
| **Sent:** | Monday, August 5, 2024 7:02 PM |
| **To:** | Chris Harrison |
| **Cc:** | John Exum; Misty Kiker; Jackson Griner; Andrew Beal; Milinda Brown |
| **Subject:** | Wade, et.al. v. Wood, US District Court, N.D. Ga, CAF: 1:22-cv-01073-MLB |
| **Attachments:** | LLW Subpoena (Punitives).pdf |

Chris,

Please see attached subpoena to Lin Wood regarding documents to be produced at trial.

Thank you,

**Michael Glosup,
Senior Paralegal**

**Beal
Sutherland
Berlin &
Brown** LLC
**EXCELLENCE IN LITIGATION**

**Email: michael@beal.law
Telephone: (678) 439-0330, Ext. 104
Direct Dial: (678) 449-0382**

**Address:    2200 Century Parkway
             Suite 100
             Atlanta GA 30345**

**Website: www.beal.law**



AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Wade, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:22CV1073 |
| L. Lin Wood | ) | |
| *Defendant* | ) | |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: L. Lin Wood, Defendant

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Courthouse<br>75 Ted Turner Drive<br>Atlanta, Georgia 30303-3309 | Courtroom No.: 1906 |
|---|---|
| | Date and Time: August 9, 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
See attached Exhibit "A"

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/2/2024

*CLERK OF COURT*

OR

_____   _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Plaintiffs
_____, who issues or requests this subpoena, are:

Andrew Beal, Milinda Brown; Beal Sutherland Berlin & Brown, LLC, 2200 Century Parkway, Suite 100, Atlanta, GA 30350; telephone: (678) 439-0330; drew@beal.law, milinda@beal.law

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Exhibit A
## Subpoena to L. Lin Wood

1. All deeds of all real property owned by you, The Tomotley Crew, or any entity in which you hold greater than ten percent interest;

2. All closing statements and settlement statements for all real property purchased by you, sold by you, or otherwise transferred by you within the last five years;

3. Current statements for each and every banking, retirement, and brokerage account owned by you or in which you have an interest;

4. All personal financial statements created by you or on your behalf in the last five years;

5. All credit applications submitted by you or on your behalf to any financial institution in the last five years;

6. All Federal and State income tax returns filed by you within the last five years, including all schedules, attachments, and statements thereto.

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:22CV1073

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: