# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-01073-MLB
## Wade et al v. Wood
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 08/07/2024.

TIME COURT COMMENCED: 9:15 A.M.
TIME COURT CONCLUDED: 4:40 P.M.        COURT REPORTER: Jana Colter
TIME IN COURT: 6:25                    DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrew Beal representing G. Taylor Wilson<br>Andrew Beal representing Jonathan D. Grunberg<br>Andrew Beal representing Nicole Jennings Wade<br>Milinda Brown representing G. Taylor Wilson<br>Milinda Brown representing Jonathan D. Grunberg<br>Milinda Brown representing Nicole Jennings Wade<br>John Exum representing L. Lin Wood<br>Jackson Griner representing L. Lin Wood<br>R. Harrison representing L. Lin Wood |
| PROCEEDING CATEGORY: | Jury Trial Began; |
| MINUTE TEXT: | Jury trial day one. Voir dire conducted. The Court empaneled an eight-person jury. The Court will swear in the jury and the parties will present their opening statements the next day of trial. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 a.m. on 8/8/2024. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Jury Selection Only, continued |