# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-01073-MLB
## Wade et al v. Wood
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 08/14/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 9:00 A.M. | |
| TIME COURT CONCLUDED: 4:25 P.M. | COURT REPORTER: Jana Colter |
| TIME IN COURT: 6:10 | DEPUTY CLERK: Jessica Kelley |
| OFFICE LOCATION: Atlanta | |

**ATTORNEY(S) PRESENT:**
Andrew Beal representing G. Taylor Wilson
Andrew Beal representing Jonathan D. Grunberg
Andrew Beal representing Nicole Jennings Wade
Milinda Brown representing G. Taylor Wilson
Milinda Brown representing Jonathan D. Grunberg
Milinda Brown representing Nicole Jennings Wade
John Exum representing L. Lin Wood
Jackson Griner representing L. Lin Wood
R. Harrison representing L. Lin Wood

**PROCEEDING CATEGORY:** Jury Trial Continued;

**MINUTE TEXT:** Jury trial day six. Discussion had regarding exhibits and jury instructions before the jury entered the courtroom. The Defendant continued his case-in-chief. The Defendant called the following witness: L. Lin Wood (continued and concluded from previous day of trial). The Defendant rested. The Plaintiffs began their rebuttal case. The Plaintiffs called the following rebuttal witnesses: Jonathan Grunberg and G. Taylor Wilson. The Plaintiffs rested. The following exhibits were admitted: Plaintiffs' exhibits 45, 53, 62, 34, 33, 133, 70, 134, 135, 64, 65, 67, and 69. Discussion had regarding jury instructions after the jury was dismissed for the day. The parties will present their closing arguments the next day of trial.

**HEARING STATUS:** Hearing not concluded. Court adjourned and will reconvene at 9:00 a.m. on 8/15/2024. Jurors excused until the above time under the usual caution of the Court.

| | |
|---|---|
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |