# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-01073-MLB
### Wade et al v. Wood
### Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 08/16/2024.

TIME COURT COMMENCED: 9:05 A.M.
TIME COURT CONCLUDED: 11:25 A.M.       COURT REPORTER: Jana Colter
TIME IN COURT: 1:20                    DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrew Beal representing G. Taylor Wilson<br>Andrew Beal representing Jonathan D. Grunberg<br>Andrew Beal representing Nicole Jennings Wade<br>Milinda Brown representing G. Taylor Wilson<br>Milinda Brown representing Jonathan D. Grunberg<br>Milinda Brown representing Nicole Jennings Wade<br>John Exum representing L. Lin Wood<br>Jackson Griner representing L. Lin Wood<br>R. Harrison representing L. Lin Wood |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Jury trial day eight. Discussion had regarding jury instructions before the jury entered the courtroom. The parties began phase II of the jury trial. The Court charged the jury. The Plaintiffs presented their case-in-chief. The Plaintiffs called the following witnesses: Andrew Beal and Randolph Mayer (expert witness). The following exhibits were admitted: Plaintiffs' exhibits 136 and 51; Court's exhibit 2. The Plaintiffs rested. The parties presented their closing arguments. The jury rested to deliberate at 10:20 a.m. The Court came back on the record at 11:20 a.m. The jury rendered a verdict in favor of the Plaintiffs. The Court dismissed the jury. Any post-trial motions shall be filed within 60 days. |
| HEARING STATUS: | Hearing Concluded<br>VERDICT: in favor of the Plaintiffs |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |