FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 15 2024

KEVIN P. WEIMER, Clerk
By: J. Kelly, Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NICOLE JENNINGS WADE,
JONATHAN D. GRUNBERG, and
G. TAYLOR WILSON,

    Plaintiffs,

v.

L. LIN WOOD,

    Defendant.

Case No. 1:22-CV-01073

## JURY VERDICT FORM

WE THE JURY answer the questions submitted to us as follows:

1. Have Plaintiffs proved by a preponderance of the evidence that Defendant L. Lin Wood made one or more of the statements at issue accusing them of extortion at least negligently?

    ✓ Yes.  We the jury find in favor of Plaintiffs Nicole Wade, Jonathan Grunberg, and Taylor Wilson.

    OR

    ___ No.  We the jury find in favor of Defendant L. Lin Wood.

*If you checked "yes," finding in favor of Plaintiffs with respect to Question 1, please proceed to Question 2. After answering Question 2, please proceed to Questions 3 through 4 below. If you checked "no," finding in favor of Defendant with respect to Question 1, this ends your deliberations, and your foreperson should sign and date this verdict form.*

2. As actual damages for defamation, we the jury award to Plaintiffs the amount of $ __3.75 million__.

3. Have Plaintiffs proved by a preponderance of the evidence that they are entitled to recovery of expenses of litigation from Defendant L. Lin Wood?

   __✓__ Yes        OR        ____ No

4. Have Plaintiffs proved by clear and convincing evidence that Defendant L. Lin Wood made one or more of the statements at issue accusing them of extortion with actual malice?

   ____ Yes        OR        __✓__ No

*If you checked "yes," finding in favor of Plaintiffs with respect to Question 4, please proceed to Questions 5 through 7 below regarding damages. If you checked "no," finding in favor of Defendant with respect to Question 4, this ends your deliberations, and your foreperson should sign and date this verdict form.*

5. As presumed damages for harm to reputation, we the jury award to Plaintiffs the additional amount of $_____.

6. Have Plaintiffs proved by clear and convincing evidence that they are entitled to recovery of punitive damages from Defendant L. Lin Wood?

   ____ Yes        OR        ____ No

7. Have Plaintiffs proved by a preponderance of the evidence that Defendant L. Lin Wood had a specific intent to cause harm when he published the statements at issue accusing Plaintiffs of extortion?

   ____ Yes        OR        ____ No

*This ends your deliberations. Your foreperson should sign and date this verdict form.*

SO SAY WE ALL.

_____
Foreperson's Signature

Date: __8/15/24__

3