FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 16 2024

KEVIN P. WEIMER, Clerk
By: J. Kelley, Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> L. LIN WOOD, <br><br> Defendant. | Case No. 1:22-CV-01073 |

### JURY VERDICT FORM
### FOR PHASE TWO OF TRIAL

Regarding Plaintiffs' claim for expenses of litigation, WE THE JURY find:

In favor of Plaintiffs Nicole Wade, Jonathan Grunberg, and Taylor Wilson in the amount of $ __750,000__ .

*This ends your deliberations. Your foreperson should sign and date this verdict form.*

SO SAY WE ALL.

_____
Foreperson's Signature (Corey Holdenread)

Date: 8/16/24

1