\#1

Computer Charger is not working

missing deposition videos

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 15 2024

KEVIN P. WEIMER, Clerk
By: J. Kelley, Deputy Clerk