# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Nicole Jennings Wade, Jonathan
D. Grunberg, and G. Taylor
Wilson,

            Plaintiffs,    Case No. 1:22-cv-1073-MLB

v.

L. Lin Wood,

            Defendant.

_____/

## JUDGMENT ON JURY VERDICT

This action having come before the Court for a trial by jury and the jury having rendered its verdict in favor of Plaintiffs Nicole Jennings Wade, Jonathan D. Grunberg, and G. Taylor Wilson on August 15, 2024 and August 16, 2024, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs Nicole Jennings Wade, Jonathan D. Grunberg, and G. Taylor Wilson and against Defendant L. Lin Wood for actual damages

-2-

for defamation in the amount of $3,750,000, and expenses of litigation in the amount of $750,000, for judgment in the total amount of $4,500,000.

Dated at Atlanta, Georgia, this 20th day of August, 2024.

                              KEVIN P. WEIMER, Clerk of Court

                              By:   s/Jessica Kelley
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 20, 2024
Kevin P. Weimer
Clerk of Court

By: s/Jessica Kelley
      Deputy Clerk