UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE JENNINGS WADE, JONATHAN D. GRUNBERG, and G. TAYLOR WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>L. LIN WOOD,<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO. 1:22-CV-01073 |

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW, L. LIN WOOD, Defendant to the above-styled civil action, and hereby files this his Notice of Appeal, and respectfully shows this Honorable Court as follows:

Defendant L. Lin Wood (hereinafter, Defendant Wood) hereby respectfully notifies this Court of his Appeal to the United States Court of Appeals for the Eleventh Circuit from the following Orders and Judgment entered by this Court:

1. Opinion & Order dated March 12, 2024 (*See* Dkt. 90);

2. Order dated June 21, 2024 (*See* Dkt. 111);

3. Denial during trial of Defendant's Motion for Judgment as a Matter of Law, made orally by counsel for Defendant following the close of the Plaintiff's case-in-chief; and

- 1 -

4. Judgment on Jury Verdict dated August 20, 2024 (*See* Dkt. 140);

Defendant Wood respectfully, as part of the appellate record, hereby designates the entirety of the trial court docket, including the entirety of all documents referenced therein as part of the appellate record for this matter. Defendant Wood likewise respectfully designates all hearing and trial transcripts as part of the appellate record for this matter. In particular, Defendant Wood hereby designates as part of the appellate record:

1. All parts of the Transcript of Proceedings dated August 17, 2022;

2. All parts of the Transcript of Proceedings dated July 9, 2024;

3. All parts of the Trial Transcript dated August 7, 2024; August 8, 2024; August 9, 2024; August 12, 2024; August 13, 2024; August 14, 2024; August 15, 2024; August 16, 2024.

WHEREFORE, Defendant Wood hereby respectfully requests that the Clerk of this Honorable Court include all parts of all transcripts identified above as part of the appellate record of this case.

This 13th day of September, 2024.

[*Signatures on next page*]

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ R. Christopher Harrison
    **R. CHRISTOPHER HARRISON**
    Georgia State Bar No. 333199
    **JACKSON A. GRINER**
    Georgia State Bar No. 495020
    harrison@downeycleveland.com
    *Attorneys for Defendant*

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

**JOHN EXUM LAW, LLC**

By: /s/ John P. Exum, Jr.
    **JOHN P. EXUM, JR.**
    Georgia State Bar No. 568819
    jexum@johnexum.com
    *Attorneys for Defendant*

John Exum Law, LLC
2625 Piedmont Road NE, Suite 56-480
Atlanta, GA 30324
T: 252-560-5325

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this submission has been prepared in compliance with Local Rule 5.1(C), using 14-point Times New Roman Font.

This 13th day of September, 2024.

          Respectfully submitted,

          **DOWNEY & CLEVELAND, LLP**

          By: /s/ R. Christopher Harrison
            **R. CHRISTOPHER HARRISON**
            Georgia State Bar No. 333199
            **JACKSON A. GRINER**
            Georgia State Bar No. 495020
            harrison@downeycleveland.com
            *Attorneys for Defendant*

- 5 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Andrew M. Beal, Esq.
Milinda Brown, Esq.
Buckley Beal, LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308

This 13th day of September, 2024.

**DOWNEY & CLEVELAND, LLP**

By:   /s/ R. Christopher Harrison
**R. CHRISTOPHER HARRISON**
Georgia State Bar No. 333199
**JACKSON A. GRINER**
Georgia State Bar No. 495020
*Attorneys for Defendant*