| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 24-12999-J Nicole Wade, et al v. L. Lin Wood "Record/Documents Requested from District Court" (1:22-cv-01073-MLB) |
| **Date:** | Thursday, October 3, 2024 12:22:20 PM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 10/03/2024

**Case Name:**     Nicole Wade, et al v. L. Lin Wood

**Case Number:**   24-12999

**Docket Text:**
USDC Clerk is requested to forward the following items to our court that are not available electronically: EXHIBITS AUDIO/VIDEO (Plaintiff's Exhibits: 18A,18B,18C,22,26,30,35,37,39, and 49) w/DE# [141]. HOWEVER, PLEASE **DO NOT** TRANSMIT ANY EXHIBITS IDENTIFIED IN 11TH CIR. R. 11-3, SUCH AS CHILD PORNOGRAPHY, IN RESPONSE TO THIS REQUEST. Such exhibits will be specifically requested and only by separate notice. Please notify the Clerk's Office of any exhibits which are not transmitted to the Court of Appeals.

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court