# EXHIBIT 1



**Arthur E. Ferdinand**
Tax Commissioner
Fulton County, Georgia

# Tax Bill

141 Pryor Street
Atlanta, Georgia 30303
404.613.6100

| **Property Owner** | **Parcel Identification** | **Description** | **User ID** |
|---|---|---|---|
| WOOD L LIN | 17 004600110494 | Real Estate | IWR |

**Tax District**  05 - ATLANTA

| **Property Address** | **Account Number** | **Current Fair Market Value** | **Current Assessed Value** |
|---|---|---|---|
| 663 GREENVIEW AVENUE NORTHEAST | 1959063 | 1,121,000 | 448,400 |

**City Exemption**  Atlanta Homestead Reg
**County Exemption**  Fulton Homestead Reg
**City Sales Tax Credit**  $1,030.66
**County Sales Tax Credit**  $71.63

| Tax Year | Cycle | Principal Amount | Interest | Penalties/Fees | Paid | Total | Due Date |
|---|---|---|---|---|---|---|---|
| 2024 | Atlanta | 12,105.41 | 0.00 | 0.00 | 0.00 | 12,105.41 | 10/31/2024 |
| 2024 | County | 3,438.02 | 0.00 | 0.00 | 0.00 | 3,438.02 | 11/15/2024 |
| 2023 | Atlanta | 10,548.37 | 0.00 | 0.00 | 10,548.37 | 0.00 | 10/31/2023 |
| 2023 | County | 3,169.68 | 0.00 | 0.00 | 3,169.68 | 0.00 | 11/15/2023 |
| 2022 | Atlanta | 10,188.21 | 0.00 | 0.00 | 10,188.21 | 0.00 | 10/31/2022 |
| 2022 | County | 3,154.74 | 0.00 | 0.00 | 3,154.74 | 0.00 | 11/15/2022 |
| 2021 | Atlanta | 9,728.82 | 0.00 | 0.00 | 9,728.82 | 0.00 | 10/31/2021 |
| 2021 | County | 3,208.30 | 0.00 | 0.00 | 3,208.30 | 0.00 | 11/15/2021 |
| 2020 | Atlanta | 9,562.45 | 0.00 | 0.00 | 9,562.45 | 0.00 | 10/31/2020 |
| 2020 | County | 3,318.88 | 0.00 | 0.00 | 3,318.88 | 0.00 | 11/15/2020 |
| 2019 | Atlanta | 9,349.86 | 0.00 | 0.00 | 9,349.86 | 0.00 | 09/30/2019 |
| 2019 | County | 3,294.87 | 0.00 | 0.00 | 3,294.87 | 0.00 | 10/15/2019 |
| 2018 | Atlanta | 9,862.73 | 0.00 | 0.00 | 9,862.73 | 0.00 | 10/31/2018 |
| 2018 | County | 3,309.46 | 0.00 | 0.00 | 3,309.46 | 0.00 | 10/31/2018 |
| 2017 | Atlanta | 8,825.18 | 0.00 | 0.00 | 8,825.18 | 0.00 | 12/31/2017 |
| 2017 | County | 2,874.20 | 0.00 | 0.00 | 2,874.20 | 0.00 | 01/15/2018 |

**Grand Total Due**  $15,543.43

**Mailing Address**
WOOD L LIN
663 GREENVIEW AVE NE
ATLANTA GA 30305

Property owners with current legal matters, such as bankruptcy or foreclosure, must contact the Tax Commissioner's office at 404.613.6100 for the official balance due on their parcel(s).