# EXHIBIT 3

PT-61 (Rev. 2/18)     To be filed in **FULTON COUNTY**     PT-61 060-2024-030232

## SECTION A – SELLER'S INFORMATION (Do not use agent's information)

| SELLER'S LAST NAME | FIRST NAME | MIDDLE |
|---|---|---|
| COPELAND | RACHELLE | E |

**MAILING ADDRESS (STREET & NUMBER)**
810 HIGHLAND GREEN WAY NE

**CITY, STATE / PROVINCE / REGION, ZIP CODE, COUNTRY** | **DATE OF SALE**
ATLANTA, GA 30306 USA | 9/3/2024

## SECTION B – BUYER'S INFORMATION (Do not use agent's information)

| BUYER'S LAST NAME | FIRST NAME | MIDDLE |
|---|---|---|
| HERRICK | PAUL | ANDREW |

**MAILING ADDRESS (Must use buyer's address for tax billing & notice purposes)**
672 Greenview Ave NE

**CITY, STATE / PROVINCE / REGION, ZIP CODE, COUNTRY** | **Check Buyers Intended Use**
ATLANTA, GA 30305 USA | (X) Residential ( ) Commercial ( ) Agricultural ( ) Industrial

## SECTION C – TAX COMPUTATION

| | |
|---|---|
| Exempt Code — If no exempt code enter NONE | NONE |
| 1. Actual Value of consideration received by seller Complete Line 1A if actual value unknown | $1,385,000.00 |
| 1A. Estimated fair market value of Real and Personal property | $0.00 |
| 2. Fair market value of Personal Property only | $0.00 |
| 3. Amount of liens and encumbrances not removed by transfer | $0.00 |
| 4. Net Taxable Value (Line 1 or 1A less Lines 2 and 3) | $1,385,000.00 |
| 5. TAX DUE at .10 per $100 or fraction thereof (Minimum $1.00) | $1,385.00 |

## SECTION D – PROPERTY INFORMATION (Location of Property (Street, Route, Hwy, etc))

| HOUSE NUMBER & EXTENSION (ex 265A) | PRE-DIRECTION, STREET NAME AND TYPE, POST DIRECTION | SUITE NUMBER |
|---|---|---|
| 672 | GREENVIEW Avenue NE | |

| COUNTY | CITY (IF APPLICABLE) | MAP & PARCEL NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
| FULTON | | 17-0046-0011-043-7 | |

| TAX DISTRICT | GMD | LAND DISTRICT | ACRES | LAND LOT | SUB LOT & BLOCK |
|---|---|---|---|---|---|
| | | | | | |

## SECTION E – RECORDING INFORMATION (Official Use Only)

| DATE | DEED BOOK | DEED PAGE | PLAT BOOK | PLAT PAGE |
|---|---|---|---|---|
| | 68198 | 12 | | |

**ADDITIONAL BUYERS**
SHUGRUE, VIRGINIA LEE