# AFF. EXHIBIT 4

redfin.com/GA/Atlanta/663-Greenview-Ave-NE-30305/home/24831280#property-details

← Search | **Overview** | Property details | Sale & tax history | Schools | Climate | ♡ Favorite | ✎ Edit Facts | Share



OFF MARKET

& Street View | ✧ Redesign

Listed by Hilton Harper • Harry Norman Realtors. Bought with Harry Norman Realtors.

• LAST SOLD ON OCT 15, 2014 FOR $675,000

**663 Greenview Ave NE,** Atlanta, GA 30305

| $1,220,882 | 4 | 3 | 2,272 |
|---|---|---|---|
| Redfin Estimate | Beds | Baths | Sq Ft |

**Is this your home?**
Track this home's value and nearby sales activity

[ I own 663 Greenview Ave NE ]

**Thinking of selling?**
Estimated sale price
**$1.16M – $1.38M**

Reach more buyers when you sell with Redfin. Plus, you'll save **$12,209** in fees. ⓘ

[ Schedule a selling consultation ]

Get an in-depth report about your home value and the Atlanta market.

[ Request a free analysis ]

**About this home**

Meticulously maintained traditional home in sought after Peachtree Park. Beautifully renovated chef's kitchen w/professional stainless steel appls, large island & walk-in pantry plus view to family room w/fireplace & vaulted ceilings. Main lvl w/formal living room, dining room & sunroom w/gleaming hardwood floors throughout. Master suite w/sitting area, large walk-in custom system closet & renovated master bath. Laundry room up. Finished lower lvl w/rec room, bedroom & full bath. Kitchen & family room opens onto large deck overlooking private, prof landscaped backyard.

Show less ⌃

- 🏠 Single-family
- 🔧 Built in 1938, renovated in 1990
- 🏷 $537 Redfin Estimate per sq ft
- 🌡 Has A/C
- 🏘 Peachtree Park

Listed by Hilton Harper • Harry Norman Realtors
Bought with Hilton Harper • Harry Norman Realtors

Source: FMLS #5326946  FMLS IDX




Street View



Zillow

Edit | Save | Share | More

4 bd | 3 ba | 2,272 sqft

663 Greenview Ave NE, Atlanta, GA 30305

● Off market

Zestimate®: **$1,138,700**    Rent Zestimate®: **$4,876**

Est. refi payment: $6,882/mo    Refinance your loan

**Home value** | Owner tools | Home details | Neighborhood details

### Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

Estimated market value    **$1,138,700**

What is this number?

[ Unlock your offer ]

## Home value



Zestimate

**$1,138,700**



Zestimate range
$1.04M - $1.25M



Last 30-day change
- $11,853 (-1.0%)



Zestimate per sqft
$501

Search  **Overview**  Property details  Sale & tax history  Schools    ♡ Favorite    ✎ Edit Facts



[ ] Floor Plans     & Street View     ✧ Redesign

Listed by Carrie Faletti • Atlanta Fine Homes Sotheby's International. Bought with Ansley Real Estate | Christie's International Real Estate.

● SOLD  ON SEP 3, 2024

672 Greenview Ave NE, Atlanta, GA 30305

| $1,385,000 | 4 | 4.5 | 3,730 |
|---|---|---|---|
| Sold Price | Beds | Baths | Sq Ft |

### Thinking of selling?

Estimated sale price

**$1.32M – $1.57M**

Reach more buyers when you sell with Redfin. Plus, you'll save **$13,898** in fees. ⓘ

**Schedule a selling consultation**

### Is this your home?

Track this home's value and nearby sales activity

[ I own 672 Greenview Ave NE ]

### About this home

Sophisticated modernity meets charm in this thoughtfully renovated & meticulously maintained 1930s brick two-story in the heart of Peachtree Park. No detail was overlooked in the painstaking transformation which considered not only the

Show more ⌄

- 🏠 Single-family
- 🔧 Built in 1938, renovated in 2016
- ⬚ 0.36 acres
- 📏 $371 sold price per sq ft
- 🚗 2 garage spaces
- 🌡 Has A/C
- 🧺 In-unit laundry (washer and dryer)
- 🏡 Peachtree Park

Listed by Carrie Faletti • Atlanta Fine Homes Sotheby's International
Listed by Caelyn Pyles • Atlanta Fine Homes Sotheby's International

Bought with Katie Mcguirk • Ansley Real Estate | Christie's International Real Estate

Source: FMLS #7422978  *FMLS* IDX