# EXHIBIT 6



August 20, 2024

Dear Mr. Lin Wood,

Per your request, I have conducted an opinion of value for Cotton Hall Plantation and Huspah Plantation properties.

This evaluation was completed to the best of my ability and I believe the estimates to be true and correct; my evaluation was conducted by using the comparable sales approach and relying on my personal knowledge of the local market's demand for historical properties such as these. Enclosed with this letter is my background and brokerage experience.

Based upon my findings and my opinion of value, I would recommend the following:

<u>Cotton Hall</u> - Recommended list at $5,100,000 with an expected sales price in between $4,800,000 to $4,900,000.

<u>Huspah Plantation</u> - Recommended list at $3,972,000 with an expected sales price in between $3,700,000 and $3,800,000.

If you have any questions regarding this information, please feel free to contact me at any time.

Sincerely,

*Todd L. Crosby*

Todd L. Crosby, BIC
Accredited Land Consultant
Licensed in SC, GA, NC, & AL
toddcrosby@crosbylandco.com
O: 843-782-5700
M: 843-909-0159



*Todd Crosby, BIC* *is the Founder and Broker in Charge for Crosby Land Company, Todd has over 30 years of combined forestry and brokerage experience. He began his brokerage career with Shaw, McLeod, Belser and Hurlbutt, which later became American Forest Management. Todd led American Forest Management as that company's top real-estate producer 11 out of the 16 years he was there. Todd has achieved the highly esteemed accreditation of an Accredited Land Consultant (ALC) through Realtors Land Institute. He was recognized as the National Recreational Broker of the year award in 2021 and a National Top Twenty Apex award recipient from the Realtors' Land Institute. In addition, Crosby Land Company has received national recognition as one of the top land brokerage firms in the U.S. and named as one of America's 100 Best Brokerages by The Land Report in 2021, 2022, and 2023.  Todd is a licensed broker in South Carolina, Georgia, North Carolina, and Alabama based out of Walterboro, SC.*

www.CrosbyLandCo.com | 843-782-5700 | P.O. Box 2356, Walterboro, SC 29488



**Todd Crosby**    August 20, 2024 at 14:10

Letter Attached

To: Lin Wood

Mr. Wood,
Please find attached a letter indicating market value for the two properties we discussed and my credentials .

Thank you,
Todd

**Todd L. Crosby**
*Principal/BIC. SC, NC, GA & AL*
Crosby Land Company, Inc.
300 Carn St.
Walterboro, SC . 29488
Office 843-782-5700
M: 843-909-0159

[www.crosbylandco.com](http://www.crosbylandco.com)



Huspah Plantation & Cotton Hall.pdf
471 KB