# EXHIBIT 7

iMessage
Today 17:03

Todd, this is John Exum. I apologize for sending you this at 5pm on a Friday, afternoon, but I want to make sure I'm clear on something. Did your recommended listing price of $5.1 Million for Cotton Hall that you provided in your Aug. 20, 2024 letter exclusively pertain to the 191 acres that remained after the two sales in (May, and then August) of 2023? Thanks.

Yes
Sale price 4.8-4.9
List 5.1

Thank you, Sir!

Delivered