# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-01073-MLB
## Wade et al v. Wood
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 10/09/2024.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 4:50 P.M.      COURT REPORTER: Jana Colter
TIME IN COURT: 2:40                  DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrew Beal representing G. Taylor Wilson<br>Andrew Beal representing Jonathan D. Grunberg<br>Andrew Beal representing Nicole Jennings Wade<br>Milinda Brown representing G. Taylor Wilson<br>Milinda Brown representing Jonathan D. Grunberg<br>Milinda Brown representing Nicole Jennings Wade<br>John Exum representing L. Lin Wood<br>R. Harrison representing L. Lin Wood |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Hearing held on the parties' [154] and [155] bond motions. Defendant called the following witnesses: Todd Crosby and L. Lin Wood. The following exhibits were admitted: Plaintiffs' exhibits 1, 2, 3, and 4; Defense exhibits 1, 2, and 3. Plaintiffs shall confer with Defendant and submit a new proposal within 14 days. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |